[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-10370
Non-Argument Calendar
_____

D.C. Docket No. 1:15-cr-00338-MHC-CMS-4

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALFREDO CAPOTE,

Defendant –Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(June 25, 2018)

Before WILSON, JORDAN, and BRANCH, Circuit Judges.

PER CURIAM:

Because Capote knowingly and voluntarily waived his right to appeal his

sentence, the government's motion to dismiss this appeal is **GRANTED**. *See*

*United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993).

**DISMISSED.**